## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SHERYL SKERRY,                                  :

          Plaintiff,                    :

    vs.                                        :

WYETH, INC.;                                    :      **Case No. 05 CV 10144 DPW**
WYETH PHARMACEUTICALS, INC.;  :
PFIZER, INC., PHARMACIA &            :
UPJOHN, LLC, f/k/a PHARMACIA &   :
UPJOHN INC. PHARMACIA &             :
UPJOHN COMPANY LLC f/k/a           :
PHARMACIA & UPJOHN COMPANY,  :
BARR LABORATORIES, INC.;           :
GREENSTONE, LTD.,                         :
                                                          :
        Defendants.                  :

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT BARR LABORATORIES, INC.

NOW COMES Plaintiff Sheryl Skerry, by and through her attorneys, Donald R. Grady, Jr. of the Sheff Law Offices, P.C., and Tobias L. Millrood and Steven D. Resnick of Schiffrin & Barroway, LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby dismisses, without prejudice, defendant Barr Laboratories, Inc. ("Barr") from the above-captioned action.

This dismissal will automatically become a dismissal *with* prejudice in the event Plaintiff does not file a subsequent action against Barr on or before September 18, 2005. If Plaintiff does file a subsequent lawsuit on or before September 18, 2005, then all defenses to which Barr was entitled as of the date of the original Complaint are preserved.

In any lawsuit against Barr that Plaintiff may file on or before September 18, 2005, Barr agrees that it may not assert any statute of limitations defense based solely on the passage of time between the dates of the original Complaint and the subsequent lawsuit.

STIPULATED TO BY:


Dated:

James J. Dillon
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
*Attorney for Barr Laboratories, Inc.*

Dated:

Donald R. Grady, Jr. (BBO # 544841 B)
Sheff Law Offices, P.C.
10 Tremont Street
Daniel Webster Suite
Boston, Massachusetts  02108
Telephone: 617-227-7000

And

Tobias L. Millrood
Steven Resnick
Schiffrin & Barroway
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004
Telephone: (610) 667-7706

## CERTIFICATE OF SERVICE

I hereby certify that on this _25_ day of _March_ 2005, a true and correct copy of the foregoing was served via U.S. Mail addressed as follows:

Donald R. Grady, Jr.
Sheff Law Offices, P.C.
10 Tremont Street
Daniel Webster Suite
Boston, Massachusetts  02108

Tobias L. Millrood
Steven Resnick
Schiffrin & Barroway
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004
*Attorney for Plaintiffs*

F. Lane Heard III
Williams & Connolly LLP
725 12th Street N.W.
Washington, D.C.  20005-5901
Telephone: (202) 434-5000
*Attorney for Wyeth, Inc. and Wyeth*
*Pharmaceuticals, Inc.*

Liza I. Karsai
Kaye Scholer LLP
425 Park Avenue
New York, New York  10022
Telephone: (212) 836-7265
*Attorney for Pfizer, Inc.,*
*Pharmacia & Upjohn Company,*
*and Greenstone Ltd.*