UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SKERRY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, INC., WYETH )<br>PHARMACEUTICALS INC., )<br>PFIZER, INC., PHARMACIA & )<br>UPJOHN, INC., PHARMACIA & UPJOHN)<br>LLC f/k/a PHARMACIA & UPJOHN LLC, )<br>BARR LABORATORIES, INC., and )<br>GREENSTONE LTD )<br>)<br>Defendants. ) | Civil Action No. 05-10144-DPW |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiff Sheryl Skerry that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

SHERYL SKERRY

By her attorney:

/s/ Donald R. Grady, Jr._____
Donald R. Grady, Jr. (BBO No. 544841B)
Sheff Law Offices
10 Tremont Street. 7th Floor
Boston, MA 02108
(617) 259-3000
dgrady@shefflaw.com

Dated: April 7, 2005

          WYETH, INC. and WYETH
          PHARMACEUTICALS, INC.

          By their attorneys:

          /s/ John J. Butts_____
          Robert M. Mahoney (BBO No. 315040)
          John J. Butts (BBO No. 643201)
          David A. Giangrasso (BBO No.654975)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, MA 02109
          (617) 526-6000
          john.butts@wilmerhale.com

Dated: April 7, 2005