UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL SKERRY,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER, INC.; PHARMACIA & UPJOHN, LLC, f/k/a PHARMACIA & UPJOHN, INC.; PHARMACIA & UPJOHN COMPANY LLC, f/k/a PHARMACIA & UPJOHN COMPANY; BARR LABORATORIES, INC.; and GREENSTONE, LTD.<br><br>    Defendants. | Civil Action No.<br>05-10144-DPW |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PFIZER, INC.; PHARMACIA & UPJOHN, LLC;
PHARMACIA & UPJOHN COMPANY, LLC; AND GREENSTONE, LTD.**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer, Inc., Pharmacia & Upjohn, LLC; Pharmacia & Upjohn Company LLC and Greenstone, LTD. (collectively "Defendants") hereby state:

1.    PFIZER, INC. is a publicly held company.

2.    PHARMACIA & UPJOHN, LLC is a limited liability company whose sole member is PHARMACIA CORPORATION, a subsidiary of PFIZER, INC. No publicly held company owns more than 10% of PHARMACIA & UPJOHN, LLC.

3.    PHARMACIA & UPJOHN COMPANY, LLC is a limited liability company whose sole member is PHARMACIA & UPJOHN, LLC. No publicly held company owns more than 10% of PHARMACIA & UPJOHN COMPANY, LLC.

4. GREENSTONE, LTD. is wholly-owned by PHARMACIA & UPJOHN COMPANY, LLC. No publicly held company owns more than 10% of GREENSTONE, LTD.

Respectfully submitted,

PFIZER, INC., PHARMACIA & UPJOHN, LLC, PHARMACIA & UPJOHN, LLC, PHARMACIA & UPJOHN COMPANY LLC AND GREENSTONE, LTD.,

By its attorneys,

/s/ *J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 11th day of April, 2005.

/s/
_____
J. Christopher Allen, Jr.