


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**    Clerk

U.S. District Court

Richard Sheppard Arnold U.S. Courthouse
600 Capitol Avenue Room 402
Little Rock, AR 72201-3325

**RE:** Transfer

CIVIL ACTION #.    1:05-10144

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on

4/8/05 _____ by the Honorable    William R. Wilson Jr.

The following documents are included in our file and transmitted herewith:

( ) Certified copy of the docket entries; 3,4,5

(X) Certified copy of the transferral order;

(X) Original documents numbered    1 & 2

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

Sarah Thornton
CLERK OF COURT

By: _____
Deputy Clerk

Date:    4/28/05

cc:    Counsel, File

The documents listed above were received by me on _____ and assigned the

following case number:_____.

By:_____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK                                                            (501)604-5351
      CLERK

April 15, 2005

Bill Ruane
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Room 2300
Boston, Massachusetts 02210-3002

       Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
             E.D. AR Master Case Number 4:03CV01507 WRW
             Karen Luciano, et al v. Wyeth, Inc., et al - Your Case No. 1:04-12350
             Sheryl Skerry v. Wyeth, Inc., et al - Your Case No. 1:05-10144   DPW

Dear Mr. Ruane:

      A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on April 14, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

      The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

                                  Sincerely,

                                  JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:    Hon. William R. Wilson, Jr.