


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2005

JAMES W. McCORMACK CLERK
By: _____
              DEP CLERK

**TO:** Clerk             **RE:** Transfer

U.S. District Court        CIVIL ACTION #: 1:05-10144

Richard Sheppard Arnold U.S. Courthouse    CRIMINAL #: 4-05 CV0000686 WRW
600 Capitol Avenue Room 402
Little Rock, AR 72201-3325

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 04 2005
JAMES W. McCORMACK, CLERK
            DEP CLERK

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 4/8/05 by the Honorable William R. Wilson Jr.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries; 3,4,5

(X) Certified copy of the transferral order;

(X) Original documents numbered  1 & 2

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

Sarah Thornton
CLERK OF COURT

Date: 4/28/05       By: _____
                                        Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on  5-4-05  and assigned the following case number: 4:05CV00686 WRW

By: _____
        Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)